UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24560-CIV-CANNON/Reid

**CRUZ FLORES PENA**,

    Petitioner,

v.

**MICHAEL MEADE**, *et al*.,

    Respondents.
_____/

## ORDER STAYING CASE

**THIS CAUSE** is before the Court upon Petitioner Cruz Flores Pena's ("Petitioner") Verified Petition for a Writ of Habeas Corpus [ECF No. 1], filed pursuant to 28 U.S.C. § 2241, which was previously referred to Magistrate Judge Lisette M. Reid for a Report and Recommendation [ECF No. 7]. On December 3, 2020, Judge Reid issued a Report recommending that the Petition and Petitioner's removal be stayed pending resolution of the Eleventh Circuit's decision in *Camarena v. Director*, No. 19-13446 (11th Cir. 2019) [ECF No. 16]. That same day, in order to allow the parties to file objections to the Report and Recommendation, the Court entered an order extending the previously entered temporary restraining order on Petitioner's removal until December 28, 2020 [ECF No. 17]. On December 11, 2020, Respondents filed an Unopposed Motion to Stay the Case in which they (1) agreed that a stay is warranted pending a decision in *Camarena*; (2) consented to a stay on Petitioner's removal up through and including fourteen days after the stay is lifted in this case; (3) requested that the parties be required to file a status update within seven days of the Eleventh Circuit's decision in *Camarena*; and (4) asked for an extension of the deadline to object to the Report and Recommendation until after a decision is issued in *Camarena* [ECF No. 18 at 2-3].

The Court has conducted a *de novo* review of the record and Judge Reid's Report and Recommendation. The Court agrees that the Petition and Petitioner's removal should be stayed for the reasons set forth therein. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 16] is **ADOPTED** for the purpose of staying the case pending the Eleventh Circuit's decision in *Camarena v. Director*, No. 19-13446 (11th Cir. 2019), without deciding the merits of the Petition.

2. The case and Petitioner's removal is **STAYED** pending the Court's resolution of the Petition in light of the Eleventh Circuit's decision in *Camarena v. Director*, No. 19-13446 (11th Cir. 2019).

3. Within seven (**7**) days of the Eleventh Circuit's decision in *Camarena*, the Parties shall file a notice with the Court to reopen the case.

4. The parties will have fourteen (**14**) days following the *Camarena* decision to file any objections to the Report and Recommendation.

5. Petitioner's request for a release from custody or a reasonable bond is **DENIED**.

6. Petitioner's request for attorneys' fees pursuant to 28 U.S.C. § 2412 is **DENIED**.

7. **Immigration and Customs Enforcement and/or the Department of Homeland Security shall not remove or deport Petitioner until further order of the Court**.

8. The temporary restraining order set to expire on December 28, 2020, is hereby dissolved.

9. The Clerk shall administratively **CLOSE** this case.

CASE NO. 20-24560-CIV-CANNON/Reid

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, on this 23rd day of December 2020.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record